AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:19-MJ-04441 | Date and time warrant executed:<br>10/25/2019 at 9:29 a.m. | Copy of warrant and inventory left with:<br>N/A |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- GPS/cell-site information for telephone #:
  - 213-436-9031

for a period between: October 25, 2019 (9:29:05 am PST)

through October 29, 2019

(11:44:09 pm PST)

- Historical cell-site information for telephone #: 213-436-9031

for a period between: August 1, 2019 (01:45:52 utc)

through October 24, 2019

(23:56:11 utc)

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/31/2019

_Executing officer's signature_

Michael Johnson, Special Agent
_Printed name and title_